AO ___ Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____Arkansas_____

UNITED STATES OF AMERICA

ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG 821

V.

Tobon, Enrique

Case Number: 4:16-cr-00231-01-BRW

USM Number: 64894-279

**Date of Original Judgment:** 12/19/16
(Or Date of Last Amended Judgment)

Molly Sullivan
Defendant's Attorney at Sentencing

Upon motion of ☐ the defendant   ☐ the Director of the Bureau of Prisons   X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.
X GRANTED and the defendant's previously imposed sentence of imprisonment of __24__ months is reduced to __18 months__ .

### I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to Departure/Variance/Rule 35): __11__        Amended Offense Level: __11__
Criminal History Category: __V__        Criminal History Category: __IV__
Previous Guideline Range: __24__ to __30__ months        Amended Guideline Range: __18__ to __24__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

### III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Sentence is consecutive to sentence in S.D. Texas, No. 2:09CR00971-S-004.

Except as provided above, all provisions of the judgment dated __12/19/16__ shall remain in effect.

**IT IS SO ORDERED.**

__12/14/2023__                                                          _____BILLY ROY WILSON_____
Order Date                                                                       Signature of Judge

__February 1, 2024__                                                    U.S. District Judge Billy Roy Wilson
Effective Date (if delayed)                                           Name and Title of Judge